**Criminal Case Cover Sheet**             **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** III    **Investigating Agency** FBI

**City** Boston    **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Naia Wilson    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: 

Address: (City & State) Boston, MA

Birth date (Yr only): 1963   SSN (last4#): 3633   Sex: F   Race: B   Nationality: US

**Defense Counsel if known:** Peter Charles Hortsmann, Esq.    Address: Law Offices of Peter Charles Horstmann, Esq.

**Bar Number:**    450 Lexington Street, Suite 101
Newton, MA 02466

**U.S. Attorney Information:**

**AUSA** Eugenia M. Carris    Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☑ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☐ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 08/01/2023    Signature of AUSA: *Eugenia M. Carris*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Naia Wilson

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1343 | Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 981(a)(1)(C) | Forfeiture allegations | |
| Set 3 | 28 U.S.C. § 2461) | "             " | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____